

# Transcript of Shane M. Jenkins

**Date:** October 23, 2020
**Case:** Jenkins -v- Wal-Mart Stores, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1           IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF VIRGINIA

3                   NORFOLK DIVISION

4     - - - - - - - - - - - -

5    SHANE M. JENKINS, on      :

6    behalf of himself and     :

7    others similarly          :

8    situated,                 :

9          Plaintiff,          :      Civil Action No.

10      v.                     :      2:19cv271

11   WAL-MART STORES,          :

12   INC.,                     :

13          Defendant.         :

14    - - - - - - - - - - - -

15

16      VIDEOTAPED DEPOSITION OF SHANE M. JENKINS

17                 Norfolk, Virginia

18              Friday, October 23, 2020

19                    11:08 a.m.

20    Job No.: 325035

21    Pages: 1 - 134

22    Reported By: Tracy Hand, RPR

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                                    2

1       Videotaped deposition of SHANE M. JENKINS, held

2    at the offices of:

3

4

5           Planet Depos - Norfolk

6           580 East Main Street

7           Crown Center

8           Suite 301

9           Norfolk, Virginia 23510

10          (757) 461-1984

11

12

13

14

15      Pursuant to notice, before Tracy Hand, RPR,

16   Notary Public in and for the Commonwealth of

17   Virginia.

18

19

20

21

22

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    3

1              A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFF:

4        GARY M. BOWMAN, ESQUIRE

5        2728 Colonial Avenue, Suite 100

6        Roanoke, Virginia 24015

7        (540) 343-1173

8

9    ON BEHALF OF THE DEFENDANT:

10       KARISSA T. KASEORG, ESQUIRE

11       McCandlish Holton, P.C.

12       1111 East Main Street, #2100

13       Richmond, Virginia 23219

14       (804) 344-6316

15

16   ALSO PRESENT:

17        Roque King, videographer

18

19

20

21

22

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                              4

```
 1                    C O N T E N T S

 2    EXAMINATION OF SHANE M. JENKINS          PAGE

 3    By Ms. Kaseorg                             6

 4    By Mr. Bowman                            130

 5    By Ms. Kaseorg                           131

 6

 7

 8

 9                    E X H I B I T S

10           (Attached to the transcript)

11    EXHIBIT     DESCRIPTION                  PAGE

12    Exhibit 1   Photograph                     73

13    Exhibit 2   Video (not attached)           98

14    Exhibit 3   Screenshot of Tweets          100

15    Exhibit 4   6-18-18 letter to Jeffrey

16                W. Faries, police chief       100

17    Exhibit 5   Photograph                    103

18    Exhibit 6   Photographs                   120

19    Exhibit 7   Photograph                    123

20

21

22
```

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    61

| | | |
|---|---|---|
| 1 | Q   Okay.  So you just -- you can pull it out? | 12:21:14 |
| 2 | A   Right. | 12:21:16 |
| 3 | Q   And when you got your receipt, where did | 12:21:16 |
| 4 | you put it? | 12:21:19 |
| 5 | A   My shorts pocket. | 12:21:20 |
| 6 | Q   What were you wearing that day? | 12:21:35 |
| 7 | A   Shorts and a shirt. | 12:21:38 |
| 8 | Q   Do you know the -- was your shirt white? | 12:21:40 |
| 9 | A   It was tan, maybe the color of her pants | 12:21:43 |
| 10 | there. | 12:21:46 |
| 11 | Q   Okay.  Were your pants -- were your shorts | 12:21:48 |
| 12 | cargo shorts? | 12:21:55 |
| 13 | A   Yes. | 12:21:56 |
| 14 | Q   Okay.  So what I -- when I think of cargo | 12:21:56 |
| 15 | shorts, I think of pockets up near my sort of hips | 12:22:00 |
| 16 | and then pockets on my legs that are the cargo | 12:22:05 |
| 17 | pockets. | 12:22:07 |
| 18 | A   Uh-huh. | 12:22:07 |
| 19 | Q   Do you remember whether you put your | 12:22:08 |
| 20 | receipt in your sort of up -- hand pockets or the | 12:22:09 |
| 21 | cargo pockets? | 12:22:13 |
| 22 | A   I -- I remember that the video would show | 12:22:14 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    62

| | | |
|---|---|---|
| 1 | the police officer pulling the receipt out of my | 12:22:24 |
| 2 | pocket. | 12:22:26 |
| 3 | Q  Do you have a specific independent | 12:22:30 |
| 4 | recollection of putting it there necessarily? | 12:22:32 |
| 5 | A  No.  I usually either put it in my pocket | 12:22:34 |
| 6 | or I put it in the bag. | 12:22:38 |
| 7 | Q  Okay.  Do you keep your wallet in your | 12:22:39 |
| 8 | cargo pocket? | 12:22:41 |
| 9 | A  My right front pocket. | 12:22:42 |
| 10 | Q  Your right front pocket.  Okay. | 12:22:45 |
| 11 | So, in your own words, if you would, walk | 12:22:50 |
| 12 | me through what happened as you left the store. | 12:22:58 |
| 13 | A  So I had finished paying and I was | 12:23:03 |
| 14 | walking; I was just -- in my mind, I was thinking | 12:23:07 |
| 15 | of the things I needed to do that day. | 12:23:10 |
| 16 | And I get through the outside into the | 12:23:14 |
| 17 | parking lot and I feel the -- the Wal-Mart greeter | 12:23:20 |
| 18 | grab my shopping cart and he yanked it away.  And | 12:23:25 |
| 19 | I recall asking him, What are you doing, as I'm | 12:23:30 |
| 20 | disoriented because he pulled the shopping cart | 12:23:33 |
| 21 | away.  And he said, Show me your receipt. | 12:23:35 |
| 22 | And at that point two bystanders stepped | 12:23:39 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                          63

| | | |
|---|---|---|
| 1 | in to assist him and they tackled me to the | 12:23:43 |
| 2 | ground. | 12:23:47 |
| 3 | Q  Okay.  When you -- when is the first | 12:23:52 |
| 4 | moment you became aware of the Wal-Mart greeter? | 12:24:02 |
| 5 | A  Oh, when he grabbed my cart and yanked it | 12:24:07 |
| 6 | away. | 12:24:11 |
| 7 | Q  Did you see him out of your periphery at | 12:24:11 |
| 8 | all before he grabbed the cart? | 12:24:21 |
| 9 | A  No, ma'am. | 12:24:23 |
| 10 | Q  Okay.  And -- okay. | 12:24:28 |
| 11 | Okay.  You said he grabbed the shopping | 12:24:38 |
| 12 | cart.  Was that -- what portion of the shopping | 12:24:40 |
| 13 | cart did he grab? | 12:24:45 |
| 14 | A  He must have grabbed the -- the front of | 12:24:48 |
| 15 | it because he pulled it -- just the way it | 12:24:51 |
| 16 | flipped, he must have grabbed towards the front of | 12:24:54 |
| 17 | it and pulled it. | 12:24:56 |
| 18 | Q  Were you still holding onto the grocery | 12:24:57 |
| 19 | cart? | 12:25:00 |
| 20 | A  Yes. | 12:25:00 |
| 21 | Q  Did you try to pull it back at all? | 12:25:02 |
| 22 | A  No, ma'am.  I was completely disoriented, | 12:25:04 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    88

| | | |
|---|---|---|
| 1 | ambulance arrive? | 13:06:18 |
| 2 | A  Yes, ma'am. | 13:06:20 |
| 3 | Q  And did you get on the ambulance? | 13:06:22 |
| 4 | A  Yes, ma'am. | 13:06:25 |
| 5 | Q  What do you recall taking place on the | 13:06:26 |
| 6 | ambulance? | 13:06:31 |
| 7 | A  I remember the phone call to my wife. | 13:06:35 |
| 8 | Q  Was your wife at home?  Do you want to | 13:06:56 |
| 9 | take a minute? | 13:07:00 |
| 10 | MR. BOWMAN:  Shane, we can take a break if | 13:07:05 |
| 11 | you want to. | 13:07:07 |
| 12 | MS. KASEORG:  I passed you Kleenex if you | 13:07:07 |
| 13 | want to hand them to your client. | 13:07:12 |
| 14 | MR. BOWMAN:  Oh, thank you. | 13:07:13 |
| 15 | MS. KASEORG:  Yeah. | 13:07:14 |
| 16 | MR. BOWMAN:  There are some tissues, also. | 13:07:15 |
| 17 | THE WITNESS:  Can I go to the bathroom? | 13:07:15 |
| 18 | MS. KASEORG:  Uh-huh. | 13:07:37 |
| 19 | THE VIDEOGRAPHER:  Hold on a second. | 13:07:37 |
| 20 | Don't forget your microphone, sir. | 13:07:37 |
| 21 | We're going off the video record at | 13:07:37 |
| 22 | 1:07 p.m. | 13:07:40 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    89

| | | |
|---|---|---|
| 1 | (Recess.) | 13:07:43 |
| 2 | THE VIDEOGRAPHER:  We're back on the video | 13:12:14 |
| 3 | record at 1:12 p.m. | 13:12:16 |
| 4 | BY MS. KASEORG: | 13:12:23 |
| 5 | Q  All right, Shane, so you mentioned that | 13:12:23 |
| 6 | you made a phone call to your wife when you were | 13:12:27 |
| 7 | being looked at by the EMTs. | 13:12:29 |
| 8 | A  I asked them if they could call my wife. | 13:12:31 |
| 9 | Q  Okay. | 13:12:34 |
| 10 | A  Let her know that I was okay. | 13:12:35 |
| 11 | Q  Okay.  What hospital did you go to? | 13:12:36 |
| 12 | A  I think it was called Tri-City Hospital. | 13:12:41 |
| 13 | Q  Okay.  Had you ever had to go to that | 13:12:44 |
| 14 | hospital before? | 13:12:48 |
| 15 | A  Not that I recall. | 13:12:50 |
| 16 | Q  Did the ambulance take you there? | 13:12:57 |
| 17 | A  Yes, ma'am. | 13:12:59 |
| 18 | Q  Did you at least get to -- did they -- did | 13:12:59 |
| 19 | they use the sirens? | 13:13:12 |
| 20 | A  I don't -- I don't know. | 13:13:14 |
| 21 | Q  Okay.  So when you got to the Tri-City, | 13:13:15 |
| 22 | that hospital, was your wife or anybody able to | 13:13:21 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    90

| | | |
|---|---|---|
| 1 | come to the hospital? | 13:13:24 |
| 2 | A   My wife came. | 13:13:32 |
| 3 | Q   Okay.  Do you know how she got there? | 13:13:33 |
| 4 | A   Her friend drove her. | 13:13:38 |
| 5 | Q   Her friend brought her? | 13:13:46 |
| 6 | A   (Nonverbal response given.) | 13:13:48 |
| 7 | Q   Did her friend come in with her? | 13:13:49 |
| 8 | A   No, ma'am.  They were preparing for a | 13:13:52 |
| 9 | party. | 13:13:58 |
| 10 | Q   Preparing for a party? | 13:13:59 |
| 11 | A   (Nonverbal response given.) | 13:14:01 |
| 12 | Q   What type of party? | 13:14:02 |
| 13 | A   I don't recall. | 13:14:09 |
| 14 | Q   When was the party to take place? | 13:14:15 |
| 15 | A   I think it was that night. | 13:14:18 |
| 16 | Q   Did you end up having some friends come | 13:14:22 |
| 17 | over for the party later that night? | 13:14:36 |
| 18 | A   It wasn't our party.  We didn't go | 13:14:38 |
| 19 | anywhere.  It was our friend's party. | 13:14:41 |
| 20 | Q   Oh, friend's party, okay.  Was your wife | 13:14:44 |
| 21 | helping out? | 13:14:47 |
| 22 | A   (Nonverbal response given.) | 13:14:48 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                              91

| | | |
|---|---|---|
| 1 | Q  Was your wife able to go to your friend's | 13:14:48 |
| 2 | party that night? | 13:14:51 |
| 3 | A  (Nonverbal response given.) | 13:14:52 |
| 4 | Q  Did you go? | 13:14:53 |
| 5 | A  (Nonverbal response given.) | 13:14:53 |
| 6 | Q  What friend was it? | 13:14:56 |
| 7 | A  Mark and Rem Beronili. | 13:14:58 |
| 8 | Q  Mark? | 13:15:06 |
| 9 | A  (Nonverbal response given.) | 13:15:07 |
| 10 | I think Rem was the one who brought her. | 13:15:08 |
| 11 | Q  Can you spell that for me? | 13:15:11 |
| 12 | A  I don't know how to spell their last name. | 13:15:13 |
| 13 | Q  Okay. | 13:15:15 |
| 14 | A  B-E-R-O-N-I-L-I (sic). | 13:15:15 |
| 15 | Q  And Mark, what was his wife's first name? | 13:15:27 |
| 16 | A  Rem, R-E-M. | 13:15:30 |
| 17 | Q  Oh.  And do you recall about how long you | 13:15:31 |
| 18 | were at the hospital? | 13:15:40 |
| 19 | A  No, ma'am. | 13:15:41 |
| 20 | Q  Were you able to leave that same day? | 13:15:41 |
| 21 | A  Yes, ma'am. | 13:15:44 |
| 22 | Q  Okay.  How did you -- well, where did you | 13:15:45 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    92

| | | |
|---|---|---|
| 1 | go when you left the hospital? | 13:15:50 |
| 2 | A  Walked to get my car. | 13:15:51 |
| 3 | Q  Did you and your wife walk? | 13:16:03 |
| 4 | A  Yes, ma'am. | 13:16:05 |
| 5 | Q  Do you know about how long the walk is? | 13:16:05 |
| 6 | A  (Nonverbal response given.) | 13:16:07 |
| 7 | Q  Did you hear my question? | 13:16:52 |
| 8 | A  No, ma'am. | 13:16:55 |
| 9 | Q  Okay.  Do you know about how far the walk | 13:16:56 |
| 10 | is? | 13:16:59 |
| 11 | A  (Nonverbal response given.) | 13:16:59 |
| 12 | MR. BOWMAN:  Can you make an audible | 13:17:02 |
| 13 | answer, please? | 13:17:03 |
| 14 | THE WITNESS:  No, ma'am. | 13:17:04 |
| 15 | BY MS. KASEORG: | 13:17:05 |
| 16 | Q  Was that from the hospital to the Colonial | 13:17:08 |
| 17 | Heights Wal-Mart? | 13:17:13 |
| 18 | A  Yes, ma'am. | 13:17:13 |
| 19 | Q  Okay.  And when you went to get your car, | 13:17:13 |
| 20 | did you go into the store at all? | 13:17:29 |
| 21 | A  No, ma'am. | 13:17:32 |
| 22 | Q  Was the car still in the parking lot? | 13:17:32 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    93

| | | |
|---|---|---|
| 1 | A   Yes, ma'am. | 13:17:43 |
| 2 | Q   When you got your car, did you drive it | 13:17:45 |
| 3 | home? | 13:17:57 |
| 4 | A   We went to file criminal charges -- | 13:18:03 |
| 5 | THE COURT REPORTER:  I'm sorry? | 13:18:03 |
| 6 | THE WITNESS:  We went to file criminal | 13:18:03 |
| 7 | charges against the people who attacked me. | 13:18:11 |
| 8 | BY MS. KASEORG: | 13:18:21 |
| 9 | Q   And did you drive? | 13:18:21 |
| 10 | A   Yes, ma'am.  Yes, ma'am. | 13:18:23 |
| 11 | Q   So when you drove, are you saying you went | 13:18:25 |
| 12 | to the Colonial Heights Police Department? | 13:18:28 |
| 13 | A   Yes, ma'am. | 13:18:30 |
| 14 | Q   Do you remember who you spoke to there? | 13:18:31 |
| 15 | A   Officer Duncan. | 13:18:33 |
| 16 | Q   Is that the only police officer you spoke | 13:18:44 |
| 17 | to while you were at the police department? | 13:18:54 |
| 18 | A   Yes, ma'am. | 13:18:56 |
| 19 | Q   And what did you, if anything, ask Officer | 13:18:56 |
| 20 | Duncan to do? | 13:19:06 |
| 21 | A   I asked if I could file criminal charges | 13:19:15 |
| 22 | against the people who attacked me. | 13:19:18 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    94

| | | |
|---|---|---|
| 1 | Q   Which people, specifically, are you | 13:19:20 |
| 2 | referring to? | 13:19:21 |
| 3 | A   The greeter and the person who shoved my | 13:19:23 |
| 4 | head into the parking lot. | 13:19:28 |
| 5 | Q   The greeter and John Doe 1? | 13:19:39 |
| 6 | A   Yes. | 13:19:41 |
| 7 | Q   And what did Officer Duncan tell you? | 13:19:48 |
| 8 | A   He said that the video clearly showed that | 13:19:51 |
| 9 | nobody ever touched me and I just threw myself on | 13:19:53 |
| 10 | the ground.  They would not let me file -- he | 13:19:57 |
| 11 | would not let me file no charges. | 13:20:05 |
| 12 | Q   And when you say he would not let you file | 13:20:07 |
| 13 | charges, did he say you could not or he would not | 13:20:10 |
| 14 | file charges on your behalf? | 13:20:13 |
| 15 | A   Can you ask it again? | 13:20:14 |
| 16 | Q   Uh-huh.  Did he tell you that he would not | 13:20:25 |
| 17 | file criminal charges or you were not allowed to | 13:20:27 |
| 18 | file criminal charges? | 13:20:29 |
| 19 | A   I don't remember the specifics. | 13:20:32 |
| 20 | Q   When you spoke with Officer Duncan, was | 13:20:46 |
| 21 | anybody else in the room? | 13:20:54 |
| 22 | A   My wife. | 13:20:54 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    95

| | | |
|---|---|---|
| 1 | Q  Do you think that the police were wrong in | 13:20:55 |
| 2 | not working with you to file criminal charges? | 13:21:21 |
| 3 | A  I'm just confused.  I never knew that a | 13:21:25 |
| 4 | person who was attacked couldn't file criminal | 13:21:46 |
| 5 | charges.  I'm still confused. | 13:21:50 |
| 6 | Q  You said you're confused.  Are you saying | 13:21:52 |
| 7 | that the police -- you don't believe the police | 13:21:58 |
| 8 | were wrong? | 13:22:01 |
| 9 | A  Repeat the question. | 13:22:01 |
| 10 | Q  Uh-huh.  Do you think that the police were | 13:22:04 |
| 11 | wrong in declining to file criminal charges? | 13:22:09 |
| 12 | A  I'm not an expert on criminal law, but I | 13:22:36 |
| 13 | thought that somebody could give like -- like a -- | 13:22:42 |
| 14 | like an allegation of criminal conduct and then | 13:22:53 |
| 15 | the police could investigate it if they want to or | 13:22:57 |
| 16 | not investigate it and maybe give it to the | 13:23:00 |
| 17 | prosecutor. | 13:23:04 |
| 18 | But I always thought that a person could | 13:23:05 |
| 19 | do that.  I didn't know that a person could just | 13:23:07 |
| 20 | not give those allegations -- like a written | 13:23:10 |
| 21 | allegations to the police.  I thought it was | 13:23:16 |
| 22 | called a complaint. | 13:23:18 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                              110

| | | |
|---|---|---|
| 1 | A  I don't know. | 13:48:43 |
| 2 | Q  I had asked you when did you start | 13:48:44 |
| 3 | recording. | 13:49:37 |
| 4 | A  I don't know.  Whenever I saw them, I | 13:49:39 |
| 5 | started. | 13:49:44 |
| 6 | Q  When you were recording, were you | 13:49:45 |
| 7 | recording yourself or the incident?  Like, where | 13:49:54 |
| 8 | was the camera facing? | 13:49:57 |
| 9 | A  The incident. | 13:49:58 |
| 10 | Q  What did you -- well, did you think you | 13:50:01 |
| 11 | were going to see something specific? | 13:50:09 |
| 12 | A  I was just scared. | 13:50:11 |
| 13 | Q  I want to circle back to your conversation | 13:50:16 |
| 14 | with the police at the police department.  I think | 13:51:20 |
| 15 | you said you talked to Officer Duncan? | 13:51:23 |
| 16 | A  Yes, ma'am. | 13:51:26 |
| 17 | Q  Okay.  Did Officer Duncan discuss with you | 13:51:27 |
| 18 | the items you purchased at Wal-Mart that day? | 13:51:32 |
| 19 | A  He mentioned -- I don't remember the exact | 13:51:56 |
| 20 | words, but he mentioned that -- he mentioned twice | 13:52:02 |
| 21 | that I should be lucky they didn't handcuff me. | 13:52:08 |
| 22 | Q  I'm sorry, Officer Duncan said you should | 13:52:13 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                                111

| | | |
|---|---|---|
| 1 | be lucky they didn't handcuff you? | 13:52:16 |
| 2 | A  I'm paraphrasing, but that's the substance | 13:52:18 |
| 3 | of how I interpreted it. | 13:52:22 |
| 4 | Q  Did he tell you that the items you had | 13:52:24 |
| 5 | purchased were at the Wal-Mart if you wanted to go | 13:52:37 |
| 6 | and retrieve them? | 13:52:40 |
| 7 | A  Yes. | 13:52:47 |
| 8 | Q  And at any time, did you or have you gone | 13:52:50 |
| 9 | to try to retrieve them from the Colonial Heights | 13:52:54 |
| 10 | Wal-Mart? | 13:52:58 |
| 11 | A  I was too scared to go back to the | 13:52:59 |
| 12 | Wal-Mart. | 13:53:01 |
| 13 | Q  So you haven't gone back to the Wal-Mart? | 13:53:01 |
| 14 | A  I haven't been back to Wal-Mart since the | 13:53:20 |
| 15 | incident. | 13:53:22 |
| 16 | Q  Did you call the Wal-Mart to talk about | 13:53:23 |
| 17 | your purchases at all after the incident? | 13:53:36 |
| 18 | A  Yes.  They wouldn't talk to me. | 13:53:41 |
| 19 | Q  Who did you try to talk to? | 13:53:43 |
| 20 | A  I called and I asked about -- I asked | 13:53:45 |
| 21 | about the attack, and they said that they couldn't | 13:53:52 |
| 22 | talk to me.  It was Maria. | 13:53:59 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    112

| | | |
|---|---|---|
| 1 | Q  Oh, you asked about the attack? | 13:54:03 |
| 2 | A  Yes. | 13:54:05 |
| 3 | Q  Okay.  Did you ask, specifically, about | 13:54:05 |
| 4 | the items you purchased? | 13:54:10 |
| 5 | A  No, ma'am. | 13:54:12 |
| 6 | Q  So with regard to this case, specifically, | 13:54:12 |
| 7 | Shane Jenkins and Jeremiah Henderson against | 13:54:28 |
| 8 | Wal-Mart stores -- I may have already asked you, | 13:54:32 |
| 9 | so I apologize if I'm asking you a second time -- | 13:54:37 |
| 10 | but you initially represented yourself; is that | 13:54:39 |
| 11 | right? | 13:54:42 |
| 12 | A  Yes, ma'am. | 13:54:43 |
| 13 | Q  Did you ever represent Jeremiah Henderson? | 13:54:44 |
| 14 | A  No, ma'am. | 13:54:51 |
| 15 | MR. BOWMAN:  Well, he answered it already. | 13:54:56 |
| 16 | BY MS. KASEORG: | 13:55:05 |
| 17 | Q  I guess I should ask -- and I know you | 13:55:05 |
| 18 | said you are licensed in Virginia.  Do you have an | 13:55:07 |
| 19 | active bar membership? | 13:55:10 |
| 20 | A  Yes, ma'am. | 13:55:12 |
| 21 | Q  I'm sorry, did you say -- | 13:55:12 |
| 22 | A  Yes, ma'am. | 13:55:13 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    113

| | | |
|---|---|---|
| 1 | Q  Thank you.  Sorry, I'm -- sometimes I'm | 13:55:14 |
| 2 | hard of hearing here. | 13:55:15 |
| 3 | So then did you draft the original | 13:55:16 |
| 4 | complaint -- | 13:55:21 |
| 5 | A  The -- | 13:55:25 |
| 6 | Q  -- in this case? | 13:55:25 |
| 7 | A  The one with that person? | 13:55:28 |
| 8 | Q  No, the -- the one that says Shane | 13:55:30 |
| 9 | Jenkins, Esquire, on behalf of himself and others | 13:55:32 |
| 10 | similarly situated -- | 13:55:36 |
| 11 | A  Yes, ma'am. | 13:55:37 |
| 12 | Q  -- versus Wal-Mart stores, Inc.? | 13:55:38 |
| 13 | A  Yes, ma'am. | 13:55:40 |
| 14 | Q  Okay.  In Paragraph 5 of that complaint | 13:55:42 |
| 15 | you say, "Wal-Mart greeters are trained, whether | 13:55:57 |
| 16 | formally or informally, to physically touch a | 13:56:00 |
| 17 | consumer or grab a consumer's shopping cart.  This | 13:56:03 |
| 18 | type of treatment has imposed unreasonable risk of | 13:56:06 |
| 19 | serious bodily harm or death on innocent Americans | 13:56:10 |
| 20 | with disabilities who become the unwitting target | 13:56:13 |
| 21 | of a Wal-Mart greeter and who are detained or | 13:56:15 |
| 22 | assaulted.  This risk is a constructive barrier to | 13:56:19 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                        116

| | | |
|---|---|---|
| 1 | Q  -- certified this class action complaint. | 14:00:30 |
| 2 | When you filed your complaint | 14:00:41 |
| 3 | originally -- well, strike that. | 14:00:54 |
| 4 | You said that you do not know Jeremiah | 14:00:56 |
| 5 | Henderson.  Have you read through the amended | 14:01:21 |
| 6 | complaint in this case? | 14:01:24 |
| 7 | A  I've read the complaint. | 14:01:30 |
| 8 | Q  Okay.  And when you say "I've read the | 14:01:32 |
| 9 | complaint," we are referring to the amended | 14:01:36 |
| 10 | complaint? | 14:01:38 |
| 11 | A  The amended complaint. | 14:01:39 |
| 12 | Q  That complaint goes through facts relating | 14:01:41 |
| 13 | to Jeremiah Henderson.  Are you -- do you have any | 14:01:48 |
| 14 | personal knowledge of any of those facts then? | 14:01:53 |
| 15 | A  No, ma'am. | 14:01:57 |
| 16 | Q  I appreciate all the time you're spending | 14:02:58 |
| 17 | to answer my questions.  A few to sort of wrap up | 14:03:01 |
| 18 | here. | 14:03:05 |
| 19 | I think we've kind of danced around this, | 14:03:06 |
| 20 | but, specifically, you did not show your receipt | 14:03:10 |
| 21 | to the Wal-Mart greeter; is that accurate? | 14:03:12 |
| 22 | A  Yes, ma'am. | 14:03:15 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    117

| | | |
|---|---|---|
| 1 | Q  Do you have any intention of returning to | 14:03:16 |
| 2 | the Colonial Heights Wal-Mart? | 14:03:21 |
| 3 | A  It depends on a lot of things outside my | 14:03:22 |
| 4 | control. | 14:03:48 |
| 5 | Q  As we sit here today, do you currently | 14:03:48 |
| 6 | have any intention of returning to the Colonial | 14:03:50 |
| 7 | Heights Wal-Mart? | 14:03:53 |
| 8 | A  I would like to be able to shop at all | 14:03:53 |
| 9 | Wal-Marts. | 14:04:05 |
| 10 | Q  Are you precluded by Wal-Mart from | 14:04:07 |
| 11 | shopping in any of their stores? | 14:04:10 |
| 12 | A  I don't feel comfortable with their | 14:04:13 |
| 13 | policy. | 14:04:22 |
| 14 | Q  Have you been precluded by Wal-Mart at | 14:04:22 |
| 15 | shopping at any of their stores? | 14:04:25 |
| 16 | A  Directly or indirectly? | 14:04:34 |
| 17 | Q  You can answer the question however you | 14:04:48 |
| 18 | see fit.  The question is, have you been precluded | 14:04:49 |
| 19 | by Wal-Mart from shopping at any of their stores? | 14:04:52 |
| 20 | A  I think their loss prevention policies are | 14:04:57 |
| 21 | a constructive barrier. | 14:05:08 |
| 22 | Q  Has anyone at Wal-Mart stopped you from | 14:05:10 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                          118

| | | |
|---|---|---|
| 1 | coming into a Wal-Mart? | 14:05:16 |
| 2 | A  No, ma'am. | 14:05:19 |
| 3 | Q  Do you have anything in writing from | 14:05:21 |
| 4 | someone at Wal-Mart saying that you are not | 14:05:26 |
| 5 | welcome to shop at their stores? | 14:05:27 |
| 6 | A  No, ma'am. | 14:05:29 |
| 7 | Q  You said that returning to shop at | 14:05:30 |
| 8 | Wal-Mart would depend on a host of factors.  What | 14:05:43 |
| 9 | are those factors? | 14:05:48 |
| 10 | A  If they change their current policies. | 14:05:49 |
| 11 | Q  What specific policy? | 14:05:58 |
| 12 | A  This loss prevention policy. | 14:06:00 |
| 13 | Q  What -- what aspect of that policy are you | 14:06:09 |
| 14 | referring to? | 14:06:18 |
| 15 | A  Having greeters do receipt checking. | 14:06:22 |
| 16 | Q  I'd like to talk to you about the injuries | 14:06:30 |
| 17 | you sustained at Wal-Mart.  Can you tell me from | 14:07:35 |
| 18 | the top of your head to the bottom of your feet, | 14:07:42 |
| 19 | so to speak, all of the physical injuries you | 14:07:47 |
| 20 | sustained, as well as any emotional injuries? | 14:07:50 |
| 21 | A  So I had the laceration on my back, | 14:07:53 |
| 22 | bruising on my chest here, abrasions and cuts on | 14:07:57 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    119

1    the top of my head, some cuts on my elbow, the          14:08:04

2    broke -- the crushed glasses, and anxiety and           14:08:12

3    post-traumatic stress afterwards.                       14:08:19

4        Q   Okay.  Starting with the last thing you         14:08:28

5    mentioned, post-traumatic stress and anxiety, have      14:08:32

6    you been diagnosed with anxiety?                        14:08:37

7        A   You mean before the incident?                   14:08:38

8        Q   Any time.                                       14:08:47

9        A   The Patient First doctor diagnosed me with      14:08:51

10   anxiety and gave me some medication after the           14:08:55

11   attack.                                                 14:08:58

12       Q   So are you saying the Patient First doctor      14:09:01

13   on June --                                              14:09:04

14       A   17th.                                           14:09:07

15       Q   -- 17th, 2018, diagnosed you with anxiety?      14:09:08

16       A   Yes.                                            14:09:11

17       Q   And have you gone to any doctors after          14:09:12

18   that for anxiety medication follow-ups or anxiety       14:09:17

19   treatment?                                              14:09:21

20       A   No, ma'am.                                      14:09:21

21       Q   Has any medical professional diagnosed you      14:09:22

22   at any time with PTSD?                                  14:09:33

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    120

| | | |
|---|---|---|
| 1 | A   No, ma'am. | 14:09:35 |
| 2 | Q   Have you ever been diagnosed with anxiety | 14:09:35 |
| 3 | prior to the incident at Wal-Mart? | 14:09:42 |
| 4 | A   No, ma'am. | 14:09:44 |
| 5 | Q   You mentioned that your glasses were | 14:09:44 |
| 6 | crushed? | 14:09:53 |
| 7 | A   Yes, ma'am. | 14:09:55 |
| 8 | Q   Did you take pictures of your glasses? | 14:09:55 |
| 9 | A   Yes, ma'am. | 14:09:59 |
| 10 | Q   Did you purchase new glasses? | 14:10:08 |
| 11 | A   Yes, ma'am. | 14:10:13 |
| 12 | Q   What about your glasses were unusable, if | 14:10:14 |
| 13 | you could describe it to me? | 14:10:19 |
| 14 | A   The frame was bent out of shape and | 14:10:21 |
| 15 | wouldn't fit on my face anymore. | 14:10:28 |
| 16 | Q   Okay. | 14:10:30 |
| 17 | MS. KASEORG:  I have three pictures here. | 14:10:34 |
| 18 | I'm sorry, there's something in the corner.  I | 14:10:37 |
| 19 | think these were given to me by -- by your | 14:10:39 |
| 20 | attorney. | 14:10:43 |
| 21 | I forget what exhibit we're up to now. | 14:10:43 |
| 22 | Six?  I'm going to collectively mark these three | 14:10:49 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                              121

| | | |
|---|---|---|
| 1 | as Exhibit 6. | 14:10:51 |
| 2 | (Defendant's Exhibit 6 was marked.) | 14:10:52 |
| 3 | MS. KASEORG:  And I'm going to hand these | 14:11:07 |
| 4 | to your attorney. | 14:11:09 |
| 5 | MR. BOWMAN:  Thank you. | 14:11:10 |
| 6 | BY MS. KASEORG: | 14:11:10 |
| 7 | Q  Are these pictures images of your glasses | 14:11:19 |
| 8 | after the incident? | 14:11:21 |
| 9 | A  Yes, ma'am. | 14:11:22 |
| 10 | Q  What happened to those glasses? | 14:11:25 |
| 11 | A  You can see in the exhibit the frame's | 14:11:27 |
| 12 | kind of twisted and distorted inward. | 14:11:31 |
| 13 | Q  Did you throw them away? | 14:11:36 |
| 14 | A  No, ma'am.  But I don't know where they | 14:11:37 |
| 15 | are. | 14:11:44 |
| 16 | Q  Did you take the glasses to an eye doctor? | 14:11:44 |
| 17 | A  No, ma'am. | 14:11:52 |
| 18 | Q  Did you take the glasses to any shop | 14:11:53 |
| 19 | that -- that sells glasses to see if they could | 14:11:59 |
| 20 | look at the glasses for you? | 14:12:05 |
| 21 | A  No, ma'am. | 14:12:07 |
| 22 | Q  Why not? | 14:12:07 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    122

| | | |
|---|---|---|
| 1 | A   I just used an old pair of glasses that I | 14:12:08 |
| 2 | had.  I was scared to go anywhere. | 14:12:19 |
| 3 | Q   Well, you're here today with glasses on. | 14:12:21 |
| 4 | Are these new glasses? | 14:12:29 |
| 5 | A   Yes, ma'am. | 14:12:31 |
| 6 | Q   When did you get them? | 14:12:32 |
| 7 | A   From the LensCrafters, and we provided the | 14:12:33 |
| 8 | receipt. | 14:12:39 |
| 9 | Q   Do you know about when you got them? | 14:12:40 |
| 10 | A   I had to schedule an eye exam because my | 14:12:42 |
| 11 | old pair of glasses, the prescription was too | 14:12:51 |
| 12 | weak, and so whenever the next available date was | 14:12:58 |
| 13 | that they were able to see me, and then that's | 14:13:02 |
| 14 | when I ordered them.  It took a couple days, like | 14:13:05 |
| 15 | a week afterwards to get the glasses. | 14:13:10 |
| 16 | Q   So you went to a doctor's appointment -- | 14:13:12 |
| 17 | A   Yes, ma'am. | 14:13:14 |
| 18 | Q   -- to have your eyes looked at? | 14:13:15 |
| 19 | A   Yes, ma'am. | 14:13:17 |
| 20 | Q   Okay.  And at that doctor's appointment, | 14:13:18 |
| 21 | did you take the glasses that we see in these | 14:13:23 |
| 22 | pictures with you? | 14:13:26 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    123

| | | |
|---|---|---|
| 1 | A   No, ma'am. | 14:13:27 |
| 2 | Q   Why not? | 14:13:28 |
| 3 | A   I just didn't. | 14:13:29 |
| 4 | Q   Without going through each one of them, do | 14:14:27 |
| 5 | you recall taking pictures of your -- so you | 14:14:30 |
| 6 | mentioned you had a laceration on your back, | 14:14:39 |
| 7 | bruising to your chest, cuts on your elbow, I | 14:14:41 |
| 8 | guess a contusion on your head.  Did you take | 14:14:45 |
| 9 | pictures or have your wife take pictures of -- of | 14:14:48 |
| 10 | each of those? | 14:14:50 |
| 11 | A   Yes, ma'am. | 14:14:51 |
| 12 | Q   Okay.  And did you give those to your | 14:14:51 |
| 13 | attorney, who gave those pictures to me? | 14:14:55 |
| 14 | A   I believe so, yeah. | 14:14:57 |
| 15 | Q   Okay.  Do you think that the pictures you | 14:14:59 |
| 16 | took capture the physical injuries that we've | 14:15:02 |
| 17 | discussed? | 14:15:08 |
| 18 | A   The one on my head's hard to see in the | 14:15:13 |
| 19 | pictures. | 14:15:16 |
| 20 | Q   Okay.  I will -- I will show you -- | 14:15:19 |
| 21 | MS. KASEORG:  I think we're at 7. | 14:15:28 |
| 22 | (Defendant's Exhibit 7 was marked.) | 14:15:42 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    124

| | | |
|---|---|---|
| 1 | BY MS. KASEORG: | 14:15:42 |
| 2 | Q   When I look at this picture, I see sort of | 14:15:42 |
| 3 | a -- a red circle.  I'll let you take a look at | 14:15:45 |
| 4 | it. | 14:15:48 |
| 5 | Is that the -- the area of your head that | 14:15:53 |
| 6 | was hurt? | 14:16:05 |
| 7 | A   Yes, ma'am. | 14:16:06 |
| 8 | Q   Okay.  Are there -- were there any other | 14:16:06 |
| 9 | areas of your head that were bruised that aren't | 14:16:08 |
| 10 | captured on that picture? | 14:16:11 |
| 11 | A   Not that I'm aware of.  My wife would know | 14:16:13 |
| 12 | better than I do. | 14:16:15 |
| 13 | Q   You said your wife would know your own | 14:16:16 |
| 14 | injuries better than you? | 14:16:18 |
| 15 | A   On the top of my head, yes. | 14:16:19 |
| 16 | Q   Did you feel how your -- I mean, did you | 14:16:21 |
| 17 | feel that bruise? | 14:16:30 |
| 18 | A   I didn't feel any of the injuries.  I was | 14:16:36 |
| 19 | in too much shock. | 14:16:44 |
| 20 | Q   Have you sought any subsequent medical or | 14:17:00 |
| 21 | psychological treatment after your last -- your | 14:17:04 |
| 22 | second visit to the hospital? | 14:17:12 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    125

| | | |
|---|---|---|
| 1 | A  No, ma'am. | 14:17:13 |
| 2 | Q  Why not? | 14:17:14 |
| 3 | A  It's just something that time will | 14:17:15 |
| 4 | resolve, and it gets better with time. | 14:17:20 |
| 5 | Q  If you'll give me a moment.  I've come to | 14:17:49 |
| 6 | the end of my notes.  I'm just going to make sure | 14:17:54 |
| 7 | I didn't miss anything here. | 14:17:57 |
| 8 | I did want to confirm, it looks like in | 14:19:23 |
| 9 | your discovery responses you've said that you're | 14:19:29 |
| 10 | not claiming lost wages.  Did you miss any days at | 14:19:31 |
| 11 | work for this? | 14:19:34 |
| 12 | A  I don't recall.  It's been two years.  I | 14:19:35 |
| 13 | don't recall.  I don't recall.  I came back | 14:20:10 |
| 14 | immediately. | 14:20:11 |
| 15 | Q  I'm sorry? | 14:20:13 |
| 16 | A  I came back immediately. | 14:20:14 |
| 17 | Q  You came back immediately? | 14:20:16 |
| 18 | A  Yeah.  I didn't miss work. | 14:20:17 |
| 19 | Q  Oh, oh, oh, sorry.  I -- I should've | 14:20:19 |
| 20 | processed that more quickly. | 14:20:23 |
| 21 | You mentioned that Bernice Edgerton -- you | 14:20:25 |
| 22 | mentioned her as a -- as someone who -- who might | 14:20:31 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                              126

| | | |
|---|---|---|
| 1 | know something about your -- your physical | 14:20:34 |
| 2 | injuries, pain and suffering. | 14:20:36 |
| 3 | Does your -- this is the mother that lives | 14:20:39 |
| 4 | in Virginia Beach? | 14:20:45 |
| 5 | A  It's my mother, yes. | 14:20:46 |
| 6 | Q  Your mother, okay. | 14:20:48 |
| 7 | And after this incident, did you -- when | 14:20:51 |
| 8 | did you first tell her what occurred, your mother? | 14:20:55 |
| 9 | A  That day. | 14:20:59 |
| 10 | Q  Did you call her, FaceTime her; how did | 14:21:06 |
| 11 | you-all get in touch? | 14:21:09 |
| 12 | A  Called. | 14:21:10 |
| 13 | Q  Did she come to Chester? | 14:21:12 |
| 14 | A  (Nonverbal response given.) | 14:21:21 |
| 15 | Q  Did she come to any of your doctors' | 14:21:25 |
| 16 | appointments? | 14:21:32 |
| 17 | A  No, ma'am. | 14:21:33 |
| 18 | Q  Did your wife come to any of your doctors' | 14:21:34 |
| 19 | appointments? | 14:21:37 |
| 20 | A  Yes, ma'am. | 14:21:38 |
| 21 | Q  You mentioned Galen Gresalfi? | 14:21:40 |
| 22 | A  Yes, ma'am. | 14:22:00 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                      127

| | | |
|---|---|---|
| 1 | Q  Did I pronounce that okay? | 14:22:00 |
| 2 | A  (Nonverbal response given.) | 14:22:02 |
| 3 | Q  All right.  Is Mr. Gresalfi your current | 14:22:03 |
| 4 | manager? | 14:22:08 |
| 5 | A  (Nonverbal response given.) | 14:22:09 |
| 6 | Q  What is his title? | 14:22:16 |
| 7 | A  Bureau manager. | 14:22:18 |
| 8 | Q  I'm sorry, I didn't catch the first word. | 14:22:18 |
| 9 | A  Bureau manager. | 14:22:21 |
| 10 | Q  Hero? | 14:22:25 |
| 11 | A  Bureau. | 14:22:27 |
| 12 | Q  Oh, wow.  Bureau manager, okay. | 14:22:28 |
| 13 |     And what all have you shared with him | 14:22:30 |
| 14 | regarding this incident? | 14:22:34 |
| 15 | A  I told him what had happened, and he told | 14:22:36 |
| 16 | me I could take as much time off as I -- as I | 14:22:42 |
| 17 | needed to. | 14:22:45 |
| 18 | Q  Have you talked with him about -- well, | 14:23:00 |
| 19 | have you shown him any -- any video footage or | 14:23:03 |
| 20 | anything like that from the case? | 14:23:08 |
| 21 | A  I don't -- I don't recall.  I may have | 14:23:16 |
| 22 | shown him the interview. | 14:23:19 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                              128

| | | |
|---|---|---|
| 1 | THE COURT REPORTER:  I'm sorry, what was | 14:23:19 |
| 2 | that last sentence? | 14:23:19 |
| 3 | THE WITNESS:  I may have shown him the | 14:23:19 |
| 4 | interview on CBS. | 14:23:22 |
| 5 | BY MS. KASEORG: | 14:23:24 |
| 6 | Q  Is that interview -- was that with Wayne? | 14:23:24 |
| 7 | A  Yes, ma'am. | 14:23:32 |
| 8 | Q  Was that broadcast online at all? | 14:23:32 |
| 9 | A  Yes, ma'am. | 14:23:44 |
| 10 | Q  Okay.  Do you have a copy of that | 14:23:46 |
| 11 | broadcast? | 14:23:55 |
| 12 | MR. BOWMAN:  Well, I object to the form of | 14:23:56 |
| 13 | the question.  The use of the word "broadcast," | 14:23:59 |
| 14 | it's a little bit vague. | 14:24:01 |
| 15 | Are you asking about the interview? | 14:24:02 |
| 16 | BY MS. KASEORG: | 14:24:05 |
| 17 | Q  Was the interview put on -- online -- | 14:24:06 |
| 18 | A  Yes. | 14:24:08 |
| 19 | Q  -- so that people could watch it? | 14:24:08 |
| 20 | A  Yes. | 14:24:10 |
| 21 | Q  Do you know whether it's still up online? | 14:24:10 |
| 22 | A  I don't know. | 14:24:12 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    129

| | | |
|---|---|---|
| 1 | Q  Do you have a copy of what was previously | 14:24:14 |
| 2 | at least accessible online, a copy of that | 14:24:21 |
| 3 | interview? | 14:24:25 |
| 4 | A  I recorded it with my phone. | 14:24:25 |
| 5 | Q  Is that something you could get to your | 14:24:38 |
| 6 | attorney so that he can get it to me? | 14:24:41 |
| 7 | A  Yes, ma'am. | 14:24:43 |
| 8 | THE VIDEOGRAPHER:  Excuse me, ma'am. | 14:25:48 |
| 9 | MS. KASEORG:  Yeah. | 14:25:50 |
| 10 | THE VIDEOGRAPHER:  You have five minutes | 14:25:50 |
| 11 | remaining. | 14:25:50 |
| 12 | MS. KASEORG:  Okay.  That's good; it gives | 14:25:50 |
| 13 | me a hard out. | 14:25:54 |
| 14 | BY MS. KASEORG: | 14:25:54 |
| 15 | Q  After this incident, did you talk to the | 14:25:54 |
| 16 | Wal-Mart greeter at all? | 14:25:57 |
| 17 | A  No, ma'am. | 14:25:58 |
| 18 | Q  Did you talk to any other employees of | 14:25:59 |
| 19 | Wal-Mart?  You mentioned talking to a Maria | 14:26:10 |
| 20 | briefly on the phone.  Other than Maria, did you | 14:26:13 |
| 21 | talk to anyone else from Wal-Mart after the | 14:26:19 |
| 22 | incident? | 14:26:22 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    130

| | | |
|---|---|---|
| 1 | A   No, ma'am. | 14:26:22 |
| 2 | MS. KASEORG:  Thank you, Shane.  I | 14:26:33 |
| 3 | appreciate your time. | 14:26:34 |
| 4 | THE WITNESS:  Thank you. | 14:26:36 |
| 5 | MR. BOWMAN:  I have just a few | 14:26:38 |
| 6 | questions. | 14:26:39 |
| 7 | EXAMINATION | 14:26:37 |
| 8 | BY MR. BOWMAN: | 14:26:37 |
| 9 | Q   Shane, you said that Officer Duncan from | 14:26:40 |
| 10 | the Colonial Heights Police Department told you | 14:26:43 |
| 11 | that the items you purchased could be picked up by | 14:26:46 |
| 12 | you at Wal-Mart if you wanted to retrieve them; is | 14:26:50 |
| 13 | that correct? | 14:26:53 |
| 14 | A   Yes, and he gave me the receipt back. | 14:26:55 |
| 15 | Q   Okay.  And -- and Officer Duncan told you | 14:26:57 |
| 16 | that you can retrieve the items at Wal-Mart? | 14:27:01 |
| 17 | A   Yes. | 14:27:05 |
| 18 | Q   Okay.  When did he do that? | 14:27:06 |
| 19 | A   In the ambulance. | 14:27:09 |
| 20 | Q   After that, did any Wal-Mart employee tell | 14:27:12 |
| 21 | you you could return to the Colonial Heights store | 14:27:19 |
| 22 | to retrieve your purchases? | 14:27:21 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                    131

| | | |
|---|---|---|
| 1 | A  No, sir. | 14:27:23 |
| 2 | Q  Did you receive the letter from CMI after | 14:27:23 |
| 3 | you were told by Officer Duncan you could return | 14:27:32 |
| 4 | to the store to retrieve your purchases? | 14:27:37 |
| 5 | A  Yes, sir. | 14:27:40 |
| 6 | Q  And did you telephone the store after | 14:27:40 |
| 7 | Officer Duncan said you could retrieve your | 14:27:43 |
| 8 | purchases? | 14:27:45 |
| 9 | A  Yes, sir. | 14:27:45 |
| 10 | Q  And did anyone tell you during that phone | 14:27:45 |
| 11 | call that you could come to the store and get your | 14:27:49 |
| 12 | purchases? | 14:27:52 |
| 13 | A  No, sir. | 14:27:52 |
| 14 | MR. BOWMAN:  Thanks.  Those are all the | 14:27:55 |
| 15 | questions I have. | 14:27:58 |
| 16 | MS. KASEORG:  I have one follow-up. | 14:28:00 |
| 17 | FURTHER EXAMINATION | 14:28:01 |
| 18 | BY MS. KASEORG: | 14:28:01 |
| 19 | Q  Did any Wal-Mart employee tell you you | 14:28:02 |
| 20 | were not welcome back at the store? | 14:28:04 |
| 21 | A  No, ma'am. | 14:28:05 |
| 22 | MS. KASEORG:  Thanks. | 14:28:07 |

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                              132

1       THE VIDEOGRAPHER:  This concludes the          14:28:10

2   deposition of Shane Jenkins.                        14:28:11

3       We're going off the video record at            14:28:13

4   2:28 p.m.                                           14:28:16

5           (The deposition concluded at 2:28 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of Shane M. Jenkins
Conducted on October 23, 2020                                    133

```
1              ACKNOWLEDGMENT OF DEPONENT

2

3      I, SHANE M. JENKINS, do hereby acknowledge

4  that I have read and examined the foregoing

5  testimony and the same is a true, correct, and

6  complete transcription of the testimony given by

7  me and any corrections appear on the attached

8  errata sheet signed by me.

9

10 _____    _____

11    (SIGNATURE)                 (DATE)

12

13

14

15

16

17

18

19

20

21

22
```

```
1    COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2       I, Tracy D. Hand, RPR, a Notary Public for the

3    Commonwealth of Virginia at Large, whose

4    commission expires April 30, 2022, do hereby

5    certify that the within deponent, SHANE M.

6    JENKINS, appeared before me at Norfolk, Virginia,

7    as hereinbefore set forth; and after being first

8    duly sworn by me, was thereupon examined upon his

9    oath by counsel; that his examination was recorded

10   in stenotype by me and reduced to typescript under

11   my direction; and that the foregoing transcript

12   constitutes a true, accurate, and complete

13   transcript.  I further certify that I am not

14   related to nor otherwise associated with any party

15   or counsel to this proceeding, nor otherwise

16   interested in the event thereof.

17      Given under my hand and notarial seal at

18   Norfolk, Virginia, this 8th day of November,

19   2020.

20                        _____

21                        Tracy D. Hand, Notary Public

22                        Registration Number 193795
```

No. 325035

Re:   Deposition of **Shane M. Jenkins**
      Date: 10/23/2020
      Case: Jenkins -v- Wal-Mart Stores, Inc.
      Return to: transcripts@planctdcpos.com

ACKNOWLEDGMENT OF DEPONENT

I, Shane M. Jenkins, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

_____        _____
      (Date)                       (Signature)

**ERRATA SHEET**

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 54 | 16 | I learned of Walmart's use of greeters to check receipts after the incident. |
| 130 | 15 | At the time, my paramount concern was pursuing criminal charges against my attacker.  While pursuing criminal charges, I received a letter from CMI stating that I had no rights to the property.  Further, when I called Walmart for assistance, the employee refused to speak with me.  My recollection of Mr. Duncan stating to pick up my property at Walmart is from the police bodycam video. |

SHANE JENKINS                            11/24/2020
                                              Date