IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



SHANE JENKINS,

    Plaintiff,

v.                                                                CIVIL ACTION NO. 2:19-cv-271

WALMART STORES, INC.,

    Defendant.

## ORDER

Before the Court is Defendant Walmart Stores Inc.'s ("Defendant") Motion for Summary Judgment, and accompanying Memorandum in Support, filed pursuant to Federal Rule of Civil Procedure 56. ECF Nos. 45, 46. The Court has reviewed Defendant's Motion, Plaintiff Shane Jenkin's ("Plaintiff") memorandum in opposition (ECF No. 56), as well as Defendant' reply, (ECF No. 59). Upon review of the parties' filings, the Court finds that a hearing is not necessary, and that these matters are ripe for judicial determination. The Court further finds that there exists a genuine dispute as to material facts on the remaining counts in Plaintiff's First Amended Complaint and that Defendant is not entitled to judgment as a matter of law. The Motion for Summary Judgment is therefore **DENIED**.

The Clerk is **DIRECTED** to provide a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
May 10, 2021

/s/
Raymond A. Jackson
United States District Judge